[BIA] with respect to credibility findings." *Forgue,* 401 F.3d at 1286. However, the BIA must make a "clean" determination of credibility. *Yang v. U.S. Att'y Gen.,* 418 F.3d 1198, 1201 (11th Cir.2005). In addition, if an applicant who is not a credible witness produces other evidence of persecution aside from his testimony, the BIA is obligated to consider that evidence. *Forgue,* 401 F.3d at 1287.

Having reviewed the record, we conclude that the BIA's adverse credibility finding is supported by important omissions in Wang's asylum application and by Wang's earlier statement that he did not fear returning to China. In that the remaining evidence in the record does not compel a reversal, we are bound to deny Wang's petition.

PETITION DENIED.

.Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

Ellis Rexwood Curry, IV, appointed counsel for Aleem Hussain in this direct criminal and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Hussain's conviction and sentence are **AFFIRMED.**

**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Aleem HUSSAIN, Defendant–Appellant.**

No. 07–14865
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 18, 2009.

Peggy Morris Ronca, Orlando, FL, for Plaintiff–Appellee.

Aleem Hussain, Post, TX, pro se.

**Antoneta KOPALI, Lindita**
**Kopali, Petitioners,**

v.

**U.S. ATTORNEY GENERAL,**
**Respondent.**

No. 08–11117
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Feb. 18, 2009.